In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-17-00264-CV

_____


IN THE INTEREST OF M.A.O.

On Appeal from the 9th District Court
Montgomery County, Texas
Trial Cause No. 06-10-10257-CV

## MEMORANDUM OPINION

The trial court signed a final judgment on June 20, 2017. Llwellyan L. O'Neal filed a notice of appeal but failed to file a brief. On November 27, 2017, we notified the parties that the brief had not been filed, and we warned the appellant that his failure to file a brief could result in a dismissal of the appeal for want of prosecution. On December 11, 2017, we notified the parties that the appeal would be submitted to the Court on January 2, 2018, without briefs and without oral argument. *See* Tex. R. App. P. 39.8.

1

In the absence of a brief assigning error for appellate review, we dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 38.8(a)(1); Tex. R. App. P. 42.3(b).

APPEAL DISMISSED.

_____
CHARLES KREGER
Justice

Submitted on January 2, 2018
Opinion Delivered January 11, 2018

Before Kreger, Horton, and Johnson, JJ.